THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher S. Jones,       
Appellant.
 
 
 

Appeal From Laurens County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-217
Submitted January 29, 2003 - Filed March 
 19, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia; 
 for Appellant.
Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin 
 Aplin, Deputy Director for Legal Services Teresa A. Knox, of Columbia; for Respondent.
 
 
 

PER CURIAM: Christopher S. Jones 
 appeals the trial courts decision to revoke his probation.  Appellate counsel 
 has filed a final brief and a petition to be relieved.  Jones did not file a 
 pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.